Dr. William H. Benson, Appellee, v. Earl M. Williams and Western Casualty and Surety Company, Appellants.

Gen. No. 43,860.

opinion filed January 6, 1947; released for publication January 20, 1947. Howard D. Geter, for appellants; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson and Ben Liss, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.